| _District Court, County of Arapahoe, State Of Colorado_ | Court Use Only |
|---|---|
| 7325 S. Potomac Street<br>Centennial, Colorado 80113 | 11 AUG 12 PM 2:50 |
| _Sun S. Kang_<br>_Plaintiff_<br><br>1300 South Willow Street, 5-105<br>Denver, CI 80247<br>303.368.4013<br><br>V. | Case Number: 11CV1590<br>Div.: 309 |
| _First Data Corporation_<br>_Defendant_<br><br>Niki Ruof, HR Manager, First Data<br>6500 S. Quebec Street<br>Greenwood Village, CO 80111<br>O.: 303.967.7243<br>M.: 303.535.4769       750 W. Hampden<br>Suite 300<br>Englewood CO<br>80110 | |
| _Complaint_ | |

Sun S. Kang, the Plaintiff complains against the First Data Corporation, the Defendant, as follows:

## Parties Jurisdiction and Venue

1. Plaintiff is a Resident of Arapahoe County.

2. The Defendant, First Data Corporation, also known as the FDC or the Telecheck Corporation has been operating in the Arapahoe County.

3. Venue is proper in Arapahoe County because the Plaintiff is a Resident of Arapahoe County and the Defendant is a Corporation has been operating in the Arapahoe County.

4. The District Court of Arapahoe possesses subject matter jurisdiction over the claims asserted herein pursuant to the Constitution of the State Of Colorado, and the amount in controversy herein exceeds $500,000.00.



## Facts

1. Plaintiff incorporates paragraphs 1-4 above as though set forth fully herein.

2. On October, 16th, 1995, the Defendant hired the Plaintiff as the administrative clerk.

3. Plaintiff was began experiencing the mild pain on her shoulders, arms, and her fingers after the two (2) years of constant stamping on her job. And, the Telecheck (FDC) responded with the repeated empty promises of the different job assignments.

4. Constant stamping assignment was discriminating, for it was beyond the scope of the Plaintiff Job Title; it was denying the esteem development; and it was injury prone

5. In about nine (8) years later, the mild pain on the Plaintiff's shoulders, arms, and fingers became the excruciating pain. And, he Telecheck (FDC) had finally sent the Plaintiff to their clinic on June 17th, 2005, almost ten years after the time of initial injury. The Telecheck (FDC) had continuously responded to the Plaintiff with the repeated empty promises of the different job assignment.

6. The doctors of the Telecheck's (FDC's) issued various restrictions and home exercises with the verbal promise of the positive improvement.

7. Suffering the worsening pains, the Plaintiff began receiving her own private doctor's treatment from April 8th, 2006. Few days later, in response to the Plaintiff's doctor's letter, the Telecheck (FDC) warned the Plaintiff, that relying on her own private doctor was against the corporate policy.

8. The Dependant had never eliminated the cause of the Plaintiff's injury. Instead, assigned the Plaintiff to the Check Processing that required nine identical and repetitive shoulder, arm, and hand movement in a restrictive body position.

9. The Plaintiff's repeated requests for the new job assignments in the filing room were firmly denied by the Telecheck (FDC).

10. On the 11th day of May, 2011, the Plaintiff had nullified the invalid agreement drafted solely to protect the Defendant without any consideration for the Plaintiff. (Exhibit B)

11. The Defendant claimed the unconditional waiver agreement (Exhibit G) was valid (Exhibit H) in spite of the absence of consideration by the Dependant, the demands that no law could possibly support, the Plaintiff's husband's remark (on Feb. 2nd, 2011) pertaining to the disability claim with the consultation from the Plaintiff's attorney, and the presence of the threat of delayed payment of the severance payment.

12. The severance payment is the part of the Plaintiff's prescheduled earned benefit for serving Telecheck (FDC) for over fifteen (15) years, and it is not a bonus in lieu of any consideration. Therefore, the severance payment could not be claimed as any type of the

เมษา 13  11  10·17 ศ ศ  CUCAT  F-HNNTNG  จด 45d H(vid 10 319bd222d890  P. be/ 3a

nmsideration, certainly not the consideration for waiving the Plaintiff's rights unconditionally.

## Cloim for Relief by Plaioliff

1. The Pluintiff had been **physically abused** by the Telecheck (FDC], and the Defendant refused to eliminate the cause for the Plaintiff's injury over fifteen years by promising the immediate new job assignments.

Z. The Damages resulted by the Delendant's **physical abuse** is the Plaintiff's constant pain on her shoulders, arms, and hands including the disability of not being oble to lift, push, and pull onything heavier than 4-5 pounds.

Wherefore, Ploiniff demands judgment against Defendant for all Plaintiff's damages, actual, consequential and special damages as u result of the **physical abuse** plus an award of legal fees and costs, pursuant to C.R.S & 13-117-0101 ct seq., its expenses, expert witness fees and penitive damages and such other and further relief as the Court may deem just and proper.

Plaintiff Requests a Trial, in a Jury,

Dated this 25th day of October, 2000

Respecifully submitted by

*Sun S Kang*

Sun S. Kang
1300 South Willuw Street 5-105
Denver, CO 80247

S[illegible] COUNTY

| | |
|---|---|
| District Court, Arapahoe County, Colorado<br>7325 South Potomac St., Centennial, CO 80112<br>Sun S Kang<br><br>vs.<br>First Data Corporation | 11 AUG 12 PM 3: 01 |
| | Case Number: 11cv1890<br><br>COURT USE ONLY<br><br>Div.: 300 Ctrm: |

DELAY REDUCTION AND SIMPLIFIED PROCEDURE ORDER

___E-filed to: ____ (With attached Order Re: Plan for Settlement)
__ Mailed to:
☒Hand Delivered to: sun Kang
DATE: ____ 08/12/11 ______ By Deputy Clerk: __Linda K Oliver__ __________ ____

I: This court is on a delay reduction docket. Deadlines that must be met are:

1: **Service of Process:** Returns of service on all defendants shall be filed within 60 days after the date of the filing of the complaint.

2: **Default Judgment:** Application for default judgment shall be filed within 30 days after default has occurred.

3: **Trial Setting:** Plaintiff shall serve a notice to set the case for trial and shall complete the setting of the setting of the trial within 40 days from the date the case becomes at issue. A case shall be deemed "at issue" when all the parties have been served and all pleadings permitted by C.R.C.P. 7 have been filed or defaults or dismissals have been entered against all non-appearing parties, or at such other time as the Court shall direct.

The Court will consider extending these time periods upon timely filing of a motion showing good cause.

**IF AN ATTORNEY OR PRO SE PARTY FAILS TO COMPLY WITH PART I OF THIS ORDER, THE COURT MAY DISMISS THE CASE WITHOUT PREJUDICE. THIS ORDER SHALL BE THE INITIAL NOTICE REQUIRED BY RULE 121, SECTION 1-10, AND RULE 41(B)(2).**

II: Civil Case Management: The Court expects compliance with all Rules of Civil Procedure including C.R.C.P. 16 or 16.1 as applicable and C.R.C.P. 26. **A CIVIL COVER SHEET SHALL BE FILED WITH ALL CIVIL COMPLAINTS.**

III: Plaintiff shall mail a copy of this order to all other parties who enter an appearance, and shall file certification of mailing within 15 days following the entry of appearance.

IV: Any attorney entering an appearance in this case who is aware of a related case is ordered to complete and file in this case an Information Regarding Case(s) informing the Court of the related case(s) and stating whether consolidation is appropriate.

V: The parties shall include a self-addressed stamped envelope with any paper filed pleading or motion for which the parties wish to receive a copy of the court's order. Parties who electronically file a pleading or motion shall not submit a paper envelope for the purpose of receiving a signed order from the court. The court will distribute such orders electronically.

DATED THIS 1 DAY OF July, 2004. Ordered by the assigned Judge

HJ1, 15 '11 10:11D 1° CUFIC  FILL4IING          J11 -1-q  #A01 10  91 01.042.32653°1H       P.04/35

---

**DISTRICT COURT, ARAPAHOE COUNTY, COLORADO**

7325 South Potomac Street, Centennial, CO 80112

|  | _COURT USE ONLY_ |  |
|---|---|---|
|  | Case No: |  |
|  | Division: | Cnn: |

---

ORDER Regarding Plan for Settlement Pursuant to CRCP 16(b)(6) and CRS 13-22-311 and 313

The following orders apply to this case.

1. No later than 35 days after the case is at issue, the parties shall explore the possibilities of a prompt settlement or resolution of the case.

2. Within 45 days from the date the case is at issue, the parties must submit a document entitled "Stipulated Plan Regarding Settlement" setting forth their plans for future efforts to settle the case to Court. Unless notified otherwise by the Court, the Stipulated Plan Regarding Settlement is automatically adopted as an Order of the Court.

The Stipulated Plan Regarding Settlement (ADR Plan) must include the following:

a. Specification of the selected form of ADR. The parties may select any form of ADR defined in CRS 13-22-302.

b. A date certain when ADR will commence.

c. Designation of a provider who has been contacted and has agreed to provide ADR services to the parties. The parties may select any provider available in the community including the Office of Dispute Resolution ("ODR"). ODR offers moderately priced mediation and other ADR services. The ODR Arapahoe County Justice Center Mediation Division is located at 7325 South Potomac Street, 2nd Floor. Mediation with an ODR mediator may be set with the scheduling clerk by calling (303) 8C9-6275.

3. If no stipulated plan is submitted within 45 days of the case being at issue, the Court ordered plan shall be that the parties must participate to a mediation with ODR no later than 6P days prior to the trial date.

4. Failure to comply with this Order may result in sanctions including, but not limited to, loss of trial date.

5. The parties must certify in the proposed Trial Management Order (due 30 days before trial) that they have complied with the Stipulated Plan Regarding Settlement or with default, ADR Plan entered pursuant in paragraph 3 above.

6. Plaintiff is ordered to provide copies of this order to all Counsel and parties of record either at the time of service or within five days of the date the case is at issue, and must file a certificate of such service with the court.

Dated this 1st day of August, 2003                BY THE COURT:   Ordered by the assigned judge.

FUJI 19  '11  10:11  11K  COCNF  FURBN11NG         303 48H  SQLIO  111  91768343356C 90         F.09/55

# Sun S. J Kang

1300 South Willow Street, 5-105, Denver, Colorado 80247
Onene: 303.360.0013

04/11/20 f1

A:n: Jody Mc Casland, Director
Tu:  First Data, Check Process Dept,
   750 W. Hampden, Suite 300, Englewood, CO 80110
cc:  HR Service, Suludons Dept,
cc:  FCD's Rt (Discrimination)

## <u>Demand for Disability and</u>
## <u>Racial Discrimination Compensation</u>

Dear Jody:

Due to the <u>identical and repetitive hand, arm, and shoulder movements</u> of the stamping, I began to suffer the very minor pains on my hand, arm, and shoulder within a few years. My very minor pain had been gradually worsened into unhumansize pain for past fifteen (15) years. By turning me to perform the stamping and check processing (computer operation), FDC had been preventing my minor injury from recovering, and worsened my injury knowingly.

After nine (9) years of the complete negligence, FDC had sent me to a clinic for the physical check up and therapy.   FDC's doctor had issued me various restrictions and home exercise assignments (without pay) assuring my swift recovery from my injury. Facing the worsened condition of my injury, I sought the treatment by my own physician. According to my supervisor, I was in violation of the Telecheck's complete policy by seeking my own doctor's treatment.

According to the employment experts, FCC's physical abuse and inhumane treatment was undisputedly a classic case of the racial discrimination. Constant stamping was injury prone without the career development opportunity. Further, my job title was not stamping person. Later, I was forced to perform the check processing operation, which required the identical and repetitive finger, hand, arm, and shoulder movements sitting in one position all day long. Indisputably, check processing was not suitable for a person with the hand, arm, and shoulder injury and disability. Further, FDC firmly denied my attempts to transfer my job to a filing clerk.

<u>Telecheck</u> had <u>violated the laws by committing the following:</u>
* Failed to eliminate the cause of my injury
* Physically abused me by causing and worsening my injury for fifteen (15) years
* Racial Discrimination

<u>Now, therefore, I demand the complete and reasonable compensation from FDC for the Racial Discrimination, Physical Disability, Physical Abuse, and the Pain and Suffering.</u>

<u>Now, I give FDC the choice of the criminal and/or civil legal dispute or the peaceful settlement outside of the court.  I demand the FDC's sincere response by the f1th day of May in 2011.  Failure to respond in my demand in sincere and timely manner shall be considered as the refusal to compensate, and it will automatically trigger a legal dispute.</u>

Best Regards,

Sun S. Kang

Page 1 of 1

Exhibit B

HUU 19 '11 10:10 FR CVENT PLANNING     303 450 5784 TO 91408222989     P.10/55

# Sun S. J Kang

t300 South Yellow Street, 5-105, Denver, Colorado 80247
Phone: 303.386.4013

05/t1/2p1t

Attn: Niki Rooff, HR Manager, FDC
8200 S. Quabec St., Greenwood Village, CO 801t(
To: Fust Date
cc: Jody Mc Cesland, Director, Check Process Dept.
cc: HR Service, Solutions Dept.
cc: FDC's RI (Discrimination)

## _Invalid Contract_

Dear Niki Rooff:

The contract signed by me oo February 8, 2011 was drafted by FDC solely to protect its interest without any consideration for the waiver of my important rights. Consequently, the contract drafted by FDC became the nonbindiog contract. FDC had failed to specify the monetary considerations for its foreseeable benefits to be gained from me. Without the specified monetary consideratioo by FDC, even if the court decided to award the damages for FDC, zero (0) monetary consideration times any multiplication factor awarded by the court will remain as zero (0). In short, you are washing my valuable time.

The contract mentioned above is not the legally binding contract for the reasons as the following:

1. **FDC has failed to specify the monetary compensations for the waiver of my important rights,**
2. **FDC had demanded me to pardon its crimes, while I do not have such authority for forgiveness at fault.**
3. **Unlawfully threatened the "Delayed Severance Payment" by the FDC**
4. **Deceptive phrases, sentences, verbal threat had misled the nature of severance payment, ignoring my right to receive the severance payment in timely manner.**

At the time of the termination notice by FDC via telephone, Judy, the director and the manager of benefits were verbally advised by my husband, that we will consult with my counselor before the discussion of disability. Both individuals accepted his intent.

## Now, therefore, I irrevocably nullify the contract signed by me oo 2/8/2011.

FDC had already failed to comply with my demand sincerely, but I will allow FDC to respond to my demand within fifteen (15) business days.

Best Regards,

_Sun S Kang_
Sun S. Kaog

Page t of t

Exbibit C

## AGREEMENT AND RELEASE

This is an Agreement ond Release ("Agreement"] between Sun Sook Kang ("Employee"] and First Data Corporation ("FDC"] un a subsidiary of First Data Corporation (FDC and subsidiary are individually and collectively referred to as the "Company" in this Agreement], whereby Emphyee's employment will be terminated effective 03/15/2011 ("Termination Date"] due to an eligible reason under the FDC Severance Policy.

1.  Payments and Benefits. In consideration for Employee's execution of this Agreement, but subject to the paragraph in this Agreement entitled "Review Period and Revocation," the Cumpany agrees to provide to Employee the following payments and benefits, consistent with and subject to the terms of the FDC Severance Policy:

> (a)     Employee will receive severance payments of Employee's then current regular salary, paid in accordance with the Company's regular payroll, in installments of $956.00, less tax withholding and other legally allowed deductions. Such installments will he made for a period of 16 weeks commencing on 02/16/2011 up to a total amount of $7,648.00. In the event a partial pay period occurs during the period referenced in the preceding sentence, the Employee will receive a prorated installment of severance pay for such pay period. Further, in the event the above noted severance installment amount conflicts with Employee's regular salary payments immediately preceding the Termination Date, the correct regular salary payment will be used instead for payment under this paragraph. Any overpayments due to an erroneous severance installment payment(s] will be deducted from Employee's future severance installment payment; in accordance with paragraph 1(b].

> (b)     To the extent permitted under applicable law and pursuant to the terms of the FDC Severance Policy, Employee agrees the Company may deduct from the payments referenced in this Payments and Benefits paragraph any outstanding debt Employee owes the Company or its subsidiaries or Affiliates. Such deductions can be made for debts such as, but not limited to, the value of mucurned property, Employee's use of unaccrued paid time off, any overpayment made to Employee, or any other amount Employee owes to Company or its subsidiaries or Affiliates.

*Exhibit G*

(c)   Employee will be eligible to elect continuation coverage under the Consolidated Omnibus Budget Reconciliation Act of 1986 ("COBRA") for coverage under the Company's medical, dental, vision and EAP plans effective on the Termination Date. Continued coverage will be subject to the terms of the relevant welfare plans and in accordance with the Company's policies applicable to similarly situated employees, as amended from time to time. From and after the beginning of the period referenced in (a) above (the "Severance Period") Employee will not be eligible to continue active participation in any other Company benefit plan or program, including but not limited to long-term incentive compensation, nonqualified deferred compensation, 401(k), pension, or any other plan. Details about specific plan coverages, electing COBRA coverage, premium rates, conversion and distribution eligibility will be provided separately.

2.    **Complete Release.** In consideration of those payments and benefits listed above which are payable only under this Agreement, Employee agrees to and does knowingly and voluntarily release and discharge the Released Parties (defined in next paragraph) from any and all claims, causes of action and demands of any kind, whether known, or unknown, asserted or unasserted, which Employee has, ever has had, or ever in the future may have and which are based on acts or omissions occurring up to and including the date of this Agreement. Included in the release set forth in the preceding sentence, without limiting its scope, are: (i) claims for attorneys fees, costs or expenses; (ii) whistleblower and retaliation claims; (iii) claims for discrimination and/or harassment based on sex, age, race, religion, color, creed, disability, citizenship, national origin, ancestry, sexual orientation, or any other factor protected by federal, state, or local discrimination law such as Title VII of the Civil Rights Act of 1964, and the Age Discrimination in Employment Act of 1967, each as amended; (iv) claims for unpaid or withheld wages, severance, benefits, bonuses, incentive and/or other compensation of any kind; as well as (v) claims arising under any other federal, state or local employment or labor laws (e.g. Employee Retirement Income Security Act of 1974, wage and hour laws, etc.), and/or under contract or tort and which are related to or arising from Employee's employment with the Company or the termination of that employment. This release does not extend to those rights which as a matter of law cannot be waived or to claims, causes of action or demands of any kind that may arise after the date this Agreement is executed and that are based on acts or omissions occurring after such date.

For purposes of this Agreement, "Released Parties" means the Company, its subsidiaries and Affiliates, their agents, executives, directors, officers, employees and their predecessors and successors and the subsidiaries, Affiliates, agents, executives, directors, officers and employees of such predecessors and successors. "Affiliate" means a Person that directly, or indirectly through one or more intermediaries, owns

10935 Sun Book Eang A17 1141

Exhibit G
Page 1 of 6

oi controls, is owned or is controlled by, or is under common ownership or control with, onother Person.  As used in this paragraph, "control" means the power to direct the management or affairs of a Person, and "ownership" means the beneficial ownership of at least 5% of the voting securities of the Person. The Company will be deemed to control any settlement network in which it has any equity ownership. As used in this paragraph, "Person" means any corporation, limited or general partnership, limited liability company, joint venture, association, organization or other entity.

3.       Return of Company Property.  On or before the last day of Employee's active employment, Employee will resign from all titles and positions with the Company, and return to the Company all property within Employee's possession belonging to: (i) the Company, its subsidiaries or Affiliates; (ii) any customers of the Company or such subsidiaries or Affiliates; or (iii) any entity with whom the Company, its subsidiaries or Affiliates has entered into a confidentiality agreement.   Such items include, but are not limited to, reports, maps, files, memoranda, records, credit cards, keys, passes, customer lists, information, forms, software, formulas, plans, documents, systems, designs, methodologies, product features, technology, and other written and computer material, equipment and access codes, and copies of same that Employee has requested or received, prepared or helped to prepare in connection with Employee's employment with the Company.  Employee will not at any time, now or thereafter, retain any copies, duplicates, reproductions or excerpts of such property.

4.       Non-Solicitation and Non-Disclosure.  Employee understands that Employee is required to abide by the Non-Solicitation and Non-Disclosure Agreement, attached as Exhibit A, which is incorporated herein by reference.  Additionally, Employee is bound by all other agreements referenced to in paragraph 10.  If Employee violates any terms of Exhibit A or of this Agreement (including, but not limited to, provisions in paragraph 10), all payments shall terminate under this Agreement.

5.       Commencing Another Position.  If Employee obtains employment with the Company or its subsidiaries or Affiliates during the Severance Period ("Subsequent Company Employment"), any and all further payments or benefits under the Agreement immediately will cease as of the date of such employment.  In the event of Subsequent Company Employment and cessation of payments and benefits under this Agreement, Employee specifically agrees that the offer of employment to Employee by the Company or its subsidiaries or Affiliates, and Employee's acceptance of that offer, is sufficient consideration to support the release of claims contained in this Agreement.  If Employee obtains employment during the Severance Period with an entity other than the Company or its subsidiaries or Affiliates ("Subsequent Non-Company Employment"), Employee will, subject to the provisions of this Agreement, continue to receive payments under this Agreement and in accordance with the Company's regular payroll.   However, Employee will immediately cease to be eligible to continue coverage under the Company's medical, dental, and vision plans as described in the paragraph entitled "Payments and

Exhibit G

Benefits", and will be eligible only for continuation of such coverage in accordance with COBRA. In any event, it is Employee's obligation to immediately advise the Company of Subsequent Non-Company Employment.

6.      Cooperation.  During and after the Severance Period, Employee agrees to cooperate fully with the Company, its financial and legal advisors, and/or government officials in any claims, investigations, administrative proceedings, lawsuits, and other legal or business matters, as reasonably requested by the Company.  To the extent that it is consistent with the Company's by-laws, certificate of incorporation and applicable laws, the Company will engage on its own behalf to represent Employee with legal counsel of its choosing if necessary in connection with such cooperation.  If for any reason the Company determines that a conflict of interest may exist between Employee and the Company, the Company may require Employee to obtain separate counsel.  The Company will reimburse (to the extent such reimbursement is permitted by the Company's by-laws, certificate of incorporation and applicable laws) Employee for documented, reasonable and necessary out-of-pocket travel expenses and legal fees as are required and which Employee incurs in complying with Employee's obligations under this paragraph.

7.      Confidentiality and Non-Disparagement.  Employee agrees to maintain the terms and conditions of this Agreement in the strictest confidence and agrees not to disclose any of the terms of this Agreement unless and to the extent such disclosure is required by law or to secure advice from a legal or tax advisor or outplacement provider.  This obligation extends to Employee's agents, including all tax advisors, who Employee must duly notify of the confidential nature of the content of this Agreement and of their confidential obligations under this Agreement.  Employee agrees not to make any disparaging comments about the Company or its subsidiaries and Affiliates, or any of their officers, directors, representatives, employees and agents.

8.      Severability and Governing Law.  In the event that any provision of this Agreement is deemed unenforceable, Employee agrees that a court of competent jurisdiction will have maximum authority, as permitted by law, to reform such provision and cause it to be enforceable.  The provisions in this Agreement are severable, and if any provision is determined to be prohibited or unenforceable in any jurisdiction, the remaining provisions will nevertheless be binding and enforceable.  This Agreement will be governed by and interpreted in accordance with the laws of the State of Delaware without regard to principles of conflicts of law.

9.      Non-Admission.  Nothing in this Agreement is intended to or shall be construed as an admission by the Company or any of the other Released Parties that it violated any law, interfered with any right, breached any obligation or otherwise engaged in any improper or illegal conduct with respect to Employee or otherwise.  The Released Parties expressly deny any such improper or illegal conduct.

10.      Other Agreements, Survivability and Successorship.  Employee

*Exhibit G*

acknnwledges that, except as noted in this paragraph, this Agreement is the entire ngreement between the Company and Employee. The Employee also acknowledges that Employee has not relied on any other representations or statements, written or oral, by the Released Parties or their employees or agents conceming the terms of the Agteement or any other matters not contained in this Agreement. This Agreement is supplemental to, and does not supersede, any non-solicitation, non-compete, non-disclosure, or confidentiality agreement that Employee may have signed while employed with the Company. In the event of a conflict between the provisions of the agreements referenced in the immediately preceding sentence ("Prior Agreements") and the provisions of this Agreement, the provisions of this Agreement will govern. The absence of a provision in either the Agreement or Prior Agreement will not be deemed a conflict. In addition to this paragraph, the following paragraphs in this Agreement survive the termination of this Agreement: Complete Release; Return of Company Property; Non-Solicitation and Non-Disclosure; Commencing Another Position; Cooperation; Confidentiality and Non-Disparagement; Severability and Governing Law; Non-Admission and Consideration and Remedy.

This Agreement inures to the benefit of any successors or assigns of the Company and Employee's obligations apply equally to the Company and its successors and assigns.

11.  Consideration and Remedy.  Employee acknowledges that the following paragraphs are material provisions of this Agreement: Complete Release; Return of Company Property; Non-Solicitation and Non-Disclosure; Commencing Another Position; Cooperation; Confidentiality and Non-Disparagement; and Severability and Governing Law (collectively, the "Material Provisions"). In the event of: (i) a breach or a threatened breach by Employee of any of the Material Provisions; (ii) Employee challenges the enforceability of this Agreement as to any of the Other Released Claims; or (iii) the Company discovers Employee has violated any Company policy on or before Employee's Termination Date, the Company will be entitled to immediately cease providing to Employee the Other Consideration and any other benefits under this Agreement, except to the extent that such payments and benefits are required, either under this paragraph 11 or by law. The Company will also be entitled to any remedies available in law or equity.

12.  Paragraph Headings.  The paragraph headings in this Agreement are for convenience of reference only and shall not be deemed to alter or affect the meaning or interpretation of any provisions in this Agreement.

*Exhibit G*

Page 6 of 6

13. Review Period and Revocation. Employee acknowledges that Employee was given 45 days to review this Agreement and the attached Exhibit A and the Separation Payment Program Information, attached as Exhibit B, which is incorporated herein by reference, from the time Employee received it. Employee acknowledges that the Company has made no promises to Employee other than those contained in this Agreement. Company hereby advises employee in writing to consult with an attorney before signing this agreement. Employee is further advised that Employee has 7 days after Employee signs this Agreement to revoke it by notifying the Company of such revocation in writing. No payments under Paragraph 1 will be made until this revocation period has expired. In the event Employee revokes this Agreement as specified in this paragraph, the Company will deem this Agreement to be void in its entirety, in which case neither party will be bound by its terms and no payment will he made to the Employee under this Agreement.

Employee's signature below indicates that Employee has carefully read, reviewed, and fully understands this Agreement. Employee acknowledges that Employee's signature below constitutes a knowing and voluntary execution of this Agreement and Employee signs the Agreement of Employee's own free will and it is Employee's intention to be bound by its terms.

Dated this _8th_ day of _February_ , 20 _11_

_Sn S Kay_

Sun Sook **Kang**

COMPANY

By: _Ken L. Um_

Title: SVP Human Resources

_Exhibit G_

Page 6 of 6

HUB CO CU 08-28 FR JUCNY FURNNING     sao 400 orcy tu ;queeeeeovse     r.1 ev 55

2000 S Colorado Blvd
Colorado Center Tower One, Suite 4500
Ph: 720-848-8200    Fax: 720-848-8201
☐ Patient referred from CU Sports Medicine Center

1635 North Ursula St, Suite 4100, Aurora CO 80010
Ph: 720-848-1900    Fax: 720-848-1912
☐ Patient referred from UCH Orthopaedic Clinic

PHYSICAL THERAPY LOCATIONS
☐ Anschutz Outpt Pavilion (AOP), PT/OT: (720) 848-2010
1635 N Ursula, Suite 4200
Aurora, Colorado 80045

#:01789416                     12/09/08
KANG, SUN S
DOB: 05/21/52 S6/F
FSC: 11NH PT: OUTPATLC: SPUR
AT: SAINT-PHAR V:10239773

☐ Boulder Physical Therapy: (720) 848-9240
310 Broadway, Suite 200
Boulder, Colorado 80305

☐ Park Meadows ⁄ ─ ──── · _ · · · ·           ⟩
8080 E Park Meadows Drive
Lone Tree, CO 80124

☐ CU Sports Physical Therapy and Rehabilitation: (720) 848-8208
2000 S Colorado Blvd, Colorado Center Tower One, Suite 1000
Denver, Colorado 80222

☐ Stapleton PT and Aquatic Therapy: (720) 848-9010
2055 N Hostyo, Suite 110
Denver, CO 80235

## OUTPATIENT REHABILITATION THERAPY SERVICES REQUISITION

Primary Diagnosis: _Amibral Tension Myalgias_  Secondary Diagnosis: _____
Date of Onset of Condition: _____   Date of Surgery: _____
PRECAUTIONS/Special Instructions: _____

Requested Frequency of Treatment: _2 x / week_  _for 4-6 weeks_

☒ Physical Therapy:  ☒ Evaluation + Treatment
   ☐ Aquatic Therapy
   ☒ Home Exercise Program
   ☒ Back/Neck Education
   ☐ Core Stabilization Exercise
   ☐ Gait/Mobility Training
   ☐ Balance/Proprioceptive Training
   ☒ Neuromuscular Re-education
   ☒ Myofascial Release
   ☒ Joint/Soft Tissue Mobilization
   ☒ Conditioning/Training Program ⇒ posture
   ☐ Foot Orthotics
   ☐ Strength Training: _Snapular Stabilizers / posture_
   ☐ ROM: _Enhancement – stretch/soft_
   ☐ Other: _____

   ☐ Modalities PRN
   ☐ Ultrasound
   ☐ Heat/Cold
   ☐ TENS/5pmTX
   ☐ Electrical Stimulation
   ☐ Wound Care/Whirlpool
   ☐ Hydrotherapy
   ☐ Traction
   ☐ Iontophoresis/Phonophoresis
   ☐ Dexamethasone 4mg/ml, 5 ml vial
   **Testing:** ☐ Isykinetic/Functional ☐ ROM/Inclinometer

☐ Occupational Therapy:  ☐ Evaluation Only
   ☐ Exercise Program
   ☐ Adaptive Equipment
   ☐ Cognitive Retraining
   ☐ Sensory-perceptual Treatment
   ☐ Ergonomics
   ☐ Job site Analysis
   ☐ Splinting: _____

   ☐ Evaluation + Treatment
   ☐ Home Evaluation
   ☐ Functional Capacity Evaluation
   ☐ Modalities PRN
   ☐ Iontophoresis/Phonophoresis
   ☐ Dexamethasone 4mg/ml, 5 ml vial
   ☐ Other: _____

I certify that therapy services are medically necessary.     •Date of Physician Follow-Up Visit: _4-6_ weeks

Physician Signature: _Aime Strattern_   Date: _7/9/08_  Phone: _____

White- Medical Records Copy   Yellow- Rehabilitation Medicine Department Copy
RBH 4708 (-4) 11/0/0S100n

Exhibit H

Page 1 of 1

# TeleCheck Services, Inc.
## Injured Employee's Report of Accident

Employee is requested to complete this report within 24 hours after accident. Answer all
questions fully. If necessary, use other side. Return to Human Resources at once.

1. Employee's name _Sun  S  Kang_ Employee Id# _139159_ Dept. _Auditor_
2. Date of hire _10/18/95_ How long at present position _9 Year 8_
3. Job Title _check processor_ Normal shift begins _07:00_ Shift ends _23:30 PM_
4. Full-time _✓_ Part-time _____ # of weekly hours _40 hrs_ Hourly rate _$ 10.11_
5. Home address _4416 S. HELENA Way #369_ City _Aurora_ State _CO_ Zip _80015_
6. Home Phone # _303-690-6842_ Social Security # _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_
7. Date of injury _5/17/05_ Time of injury _08:00_ am/pm
8. Time started shift _7:00_ pm/pm Time ended shift _3:00_ am/pm
9. Describe in your own words details leading up to accident and how accident occurred
   _very mild soreness on my left shoulder at first and_
   _gradually become worse into right shoulder and arms._
   _very mild ache my shoulders and arm muscles_
   _as I was doing stamping and continued to get worse_
   _currently_
10. Parts of the body injured
    _both shoulders and arms no pain on hands_

11. Did you report accident to Mgt./Spv.? (Yes)/No Name _Bea _____ ___ ___
    Date _5/17/05_ Time _____ am/pm
12. Name of witness to accident _____
13. Signature of injured employee _Sun S Kang_ Date _____
14. Remarks
    _It was so gradual process that I can ___ ___ __ __ ___
    _whether it was a muscle fatigue or ___ ___ ___ ___ ___

_Exhibit H_

HUB 19 '11 16:21 FR EUENT PUBNIKU          303 468 6104 TO 919402200M958          P.19/55

# TeleCheck Services, Inc.
## Accident Investigation Report

We want to stop accidents. Accidents cannot be stopped unless we know how and why
they happen. The Manager/Supervisor is required to fill out this report in full as soon as
possible after accident. Answer all questions fully. Return to Human Resources.

1. Employee Name _____Sun  S  Kang___ Employee # _139159_ Dept. _Auditor_
2. Date of injury _Sep 1996_          Day of week _____ Time __8__ am/pm
3. Nature and extent of injury
   _Constant  pain  on  both  shoulders  and  Arms_____

4. When was accident reported to you Culmes Date _2.30_ Time _____ am/pm
5. Based on your investigation, describe condition or circumstances that made this
   accident occur.
   _Venturus  log  Standing  -  being  in  Same  position___

6. What are your recommendations to prevent a similar accident
   _Leaving  different  Sickness  in  order  for  her___
   _Switch of different Season_
7. What actions have you taken to prevent a similar accident
   _N/A_

8. Remarks

9. Signature _____ Date _____
   Dept. _____ Phone # _____

*Exhibit  H*

# Employee Verification form
# For
# Workers' Compensation

My employer has notified me, of the procedure to follow in the event I incur a work-related injury or illness. I understand that my employer has designated Concentra Medical Centers as the primary provider for all work-related injuries and illnesses. I understand that if I do not receive my medical care for work-related injuries and illnesses from the Concentra Medical Center system, I will be financially responsible for the care.

I have been informed that written authorization is required from my employer before I access medical care for non-emergency, work-related injuries and illnesses.

_____
Signature of Employee

_6/19/05_____
Date

_____
Signature of Supervisor/Manager

_____
Date

$Exhibit$ A

3



Son S. Kang
1300 S. Willow St., S-105
Denver, CO 80247

Dear Son,

We received your letter of concern and in response want to remind you that you signed an agreement on February 8, 2011 stating that by receiving the payments and benefits that were listed; you agreed to release all claims against the company.

Please reference Section 2 of the Agreement and Release document for the specifics.

Sincerely,

Niki Booth
HR Manager, First Data
303-967-5749

*Exhibit H*

HUB 19 '01 11:22 PR EUGNI 1141IMIM0        303 431 6/44 111 914822226098      P.22/55

# UNIVERSITY SPORTS MEDICINE CENTER

 SPORTS MEDICINE      UNIVERSITY OF COLORADO
1 HOSPITAL      ACTIVE WOMEN'S HEALTH

1745 South High Street
Denver, Colorado 80210

Phone - (303) 871-7752
Fax - (303) 871-7765

WORK STATUS FORM

H:01789416          V:007435318
KANG,SUN S          04/18/05
Patient  OOB:05/21/52  AGE:53    S:S
         FSC:UHB  PT:OUTPAT   LC:SPOR        MR#: _____
         PROV:SNTNT-PHARD,DEBORAH
Was seen _____   _____ in the CU Sports Medicine Clinic.

Please:      □   Excuse From      □   Work

             □   May return to    □   School

Other: _Please perform o/Immune euleule_____

Date Effective: 4-18-06

The following restrictions should be observed: ergonomic

_ W ulteraus  Patient needs to be installified

_ or duties brought laver closer to her

_ to diminish shoulder west stress_

Physician Signature: _____

*Exhibit H*

HELD 15   11 18:22 PM EVENT FOR WYNG        303 456 5104 10 > 00022220050        P. 23/55

BELLTA NGHMUEL.

**Concentra Medical Centers**
10955 E Mill Ave AURORA, CO 80241
Phone: (903) 755-4955   fax: (903) 755-4956

Service Date: 06/22/2005
Coxe Date:   06/17/2005

## Physician Activity Status Report

Patient: King, Suji S.
SSN:      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
Address: 4476 South Hatona Way #a09        Employnr Location: First Oata Teterhect Svcs-HaContact: Tikia Sughrue
         AURORA, CO 80015        Address:      750 W Hampden Ave      Role:   Primary Contact
Home:    (708) 680-0822                        ENGLEWOOD, CO 80110   Phone: (803) 806-3460  Ext.:
Work:    (313) 806-3429 Ext.:       Auth. By:      Boa Rodriguet          Fax:    (402) 777-9550

This Visit: Time in: 08:45 em        Time Out: 10:50 am      Recordable: Yes      Visit Type: New

Treating Provider:   Joseph Devers, RN-NP        Medications:

Diagnosir: E927   Overexertion And Strenuous Movements        ☒ Dispensed Presrription Medication to Patient
          841l.9   Shoulder/Upper Arm Strain                   ☐ Dispensed Over-the-Counter Prescription
                                                               ☐ Written Prescription given to Patient

---

**Potient Status:**

Modified Activity - Referred, but returning for follow-up visit

Restricted Activity (in effect until next physirian visit:

Return to work on 06/22/2007 with the following restrictions.

Remarks:   exam, working, referred to Dr. Ashberger and for interpriter must rest both arms every hour for 10min. meds given. PT 2xs wk for 3wks: n 3wk t. rv

Employer Notice:   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescribed is expected to be followed at work and away from work.

Antiripated Date of Maximum Medical Improvement: 07/22/2005  Actual Date of Maximum Medical Improvement:

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appoinuments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.
          Vivit Date:      Wednesday July 13, 2005  10:80 am
          Provider/Forjlity: Joseph Devers, RN-NP

*Exhibit I*

Vtry StatUs Nation        © 1996 - 2005 Concentra Health Services, Inc All Rights Reserved        AA/EEO Employer   Revision Date: 10/31/2002

FMJ0 13   11 10:22 FM EVENT FLHNVING                    JOJ U55 B10= 10 9144222260Y0         P. 24/55

Claim Number:

# Concentra Medical Centers
IC555 I: IIX Ave AUROOA, CO 8C3I7
Ophone: (303) 755-4855   Rex: (303) 155-4950

Service Date: 06/22/2005
Case Date:   06/11/2005

## Physician Activity Status Report

Patient:  Kang, Sun S.
SSN:      523-15-36 / 1
Address: 44 16 South Helena Way #369

Employer Location: Fixd Data Toteclzeck Svcs-H:Contact: Iricia Sughrue

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | AURORA, CO 80015 | Address: | 150 W Hampden Ave | Rolo: | Primary Contact/ |
| Home: | (303) 690-6842 | | ENGLEWOOD, CO 80110 | Phone: | (303) 806-3450 Ext: |
| Work: | (306) 806-3429 Ext: | Auth. by: | Bea Rodriguez | Fax: | (d02) 111-9550 |

This Visit:  Time In: 08:45 am        Time Out: 10:50 am        Recordable: Yes        Visit Type: New

Treoting Provider:   Jnseph Oevers, RN-NP

Diagn0sis:E92 (    Dvc/exerton An0 Stranuous Movements
            846.9    Shoulder/Upper Arm Strain

Medications:

[X] Dispensed Prescription Medication to Patient
[ ] Dispensed Over-The-Counter Prescription
[ ] Written Prescription given to Pati4nt

---

## Patient Status:

### Modified Activity - Referred, but returning for follow-Up visit

Restricted Activity (in effect until next physician visit):

        Return to work on 06t2212005 with the following restrictions

Oemarks:   exam. working. referre4 tu Dr. AschOerger ond tru interprcu invst rest both arms every hour for 10min. meds given. PT 2xs wk for 3wks. x0 3wks. ru

Employer Nvtice:   the grocribed activity recommendations (re suggested goi0clines to angist i.r mc patient's treatment and retrabilitation. Your employee has been informe0 t.at the activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical (mprovement: 0 t/22/2005   Actual Date 0f Maximum Medical (mprovement:

Next Visit(s):   Fatlent Notice.   It is essential to your recovery that you kas0 your sche0uled appointments, but should you nead to reschedule ur cancel your anppintment, p aase contact tha clinic. (nanx you for your coGperation.

        Visit Date:   Toresday June 28, 2005   3:30 pm
        Pruvider/Facility: Marcia A. Clerke, PT

        Visit Date:   Friday July 1, 2005   3:30 pm
        ProvidenFacrtity: Marcia A. Clarke, PT

        Visit Date:   Tuesxay July 5, 2005   3:30 pm
        ProviOenFacility: Marcio A. Clarke, PT

        Visit Date:   Friday orJv 8, 2005   3:30 om
        Provider/Facility: Marcia A. Clarke, PT

*Exhibit I*

Activity Status #mt.x

© Five 2005  Concentra health Services Inc. All Rghts Reserved.

AA/EEO Gnployer   Revisinn pate: 1c111/2002

Claim Number: 200S0512FD

**Concentra Medical Centers**
10355 E 5ff Ave AURORA, CO 8033Y
Phone: (303) 755-4855   Fax: (30)( 755-4586

Service Date: 06/28/2005
Case Date:   06/11/2005

## Therapy Activity Status Report

Patient: Kang, Sun S.
SSN:   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
Address: 4416 South Helona Way #359   Employer Location: First Data Telecheck Srcs-HaContact: Tricia Sughrue
   AURORA, CO 80015          Address:          150 W Hamgden Ave   Role:   Primary Contact
Home:   (303) 690-8842                   ENGLEWOOD, CO 80110   Phone:   (303) 806-3480   Ext.:
Work:   (303) 806-3429   Ext.:   Auth. by:   Bea Rodriguez   Fax:   (402) 111-8550

This Visit:   Time in: 09:30 pm       Time Out: 04:44 pm       Recordable: Yes       Visit Type: Recheck

Treating Provider:   Marcia A. Clarke, PT

Diagnosis: E92J   Overexertion And Strenuous Movements
   840.8   ShoulderUpper Arm Strain

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.
   Visit Date: . . . . . Friday July 1, 2005 3:15 pm
   Provider/Facility: John o. Ascherberger, MD

   Visit Date:   Friday July 1, 2005 3:30 pm
   Provider/Facility: Marcia A. Clarke, PT

   Visit Date:   Tuesday July 5, 2005 3:30 pm
   Provider/Facility: Marcia A. Clarke, PT

   Visit Date:   Friday July 8, 2005 3:30 pm
   Provider/Facility: Marcia A. Clarke, PT

*Exhibit I*

© 1996 - 2001 Concentra Health Services, Inc. All Right Reserved.   AAVELO Employer   Revision Date: 10/31/2002

AUG 19 '11 09:23 FR BUENI PLANNING    313 450 6700 TO 513022275898    P.23/33

Claim Number: 2005051240

**Concentra Medical Centers**
11355 E 4th Ave AURORA, CO 80157
Phone: (303) 155-4058  Fax: (303) 755-4956

Service Date: 06/28/2005
Case Date:  06/11/2005

## Therapy Activity Status Report

Patient:  Kano, Son S.
SSN:    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
Address: 4418 South Helena Way #389      Employer Location: First Data Telecheck Svcs-HoContact:Tricia Sughrue
        AURORA, CO 80015         Address:      150 W Hampden Ave    Role:   Primary Contact
Home:   (303) 690-8842              ENGLEWOOD, CO 80110  Phone: (303) 806-3460  Ext.:
Work:   (303) 808-3429  Ext.:      Auth. by:    Bea Rodriguer        Fax:   (402) 712-9550

This Visit:  Time In: 03:30 pm      Time Out: 04:44 pm      Recordablu: Yes      Visit Type: Recheck

Treating Provider:  Marcia A. Clarke, PT

Diagnosis:E921    Ounnxhxion And Strehuous Moivernents
        840.9    ShnuiderUpper Arm Strain

Next Visit(s):  Patient Notice:  It is essential in your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:    Friday July 1, 2005  3.15 nm
Provider/Facility: John J. Ascridergsr. Mh

Visit Date:    Friday July 1, 2005  3:30 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:    Tuesday July 5, 2005  3:30 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:    Fxday July 5, 2005  3:30 pm
Provider/Facility: Marcia A. Clarkn, PT

$Exhibit\ I$

© 1996 - 2001  Concentra Heath Services, Inc. All Rights Reserved.
AA/BED Employer    Ticulsion Ootor 10/31/2002

HWa L9 '(17 1:2J FR EUe[11 PLIINNIING        3da 4b8 8/04 7U 51402222060f7        F.21/S5

Claim Number: 20050572FD

# Concentra Medical Centers

Service Date: 01/01/2005
Case Date:    06/11/2005

10355 E BK Ave AvOORA, CO 80147
Phone: (3011 755-J955   Fax: (50d1 755-J958

## Physician Activity Status Report

Patient:  Keng, Sun S.
SSN:      523-1S-3811
Address: 2416 SOuth Helena Way #369        Employer Location: First Data Telecheck Svcs-HaContact: Tricia Sughrue
         ALRORA, DO 80015        Address:        150 W Hampdon Ave      Role:    Primary Contact
Home:    (303) 890-6842                             ENGLEWODD, CO 80110   Phone: (309) 806-3460   ExL:
Work:    (303) 806-3423  Ext.:        Auth. by:        Bea Rodriguez         Fax:     (402) 117-3550

| This Visit: Time In: 01:40 pm | Time Out: 02:2D pm | Recurdable: Yes | Vistt Type: Recheck |
|---|---|---|---|

Treating Provider:   John J. Asctfberger, MD

Diognosis: F921    Dverexe×ion And Strenuous Muvert'dnte
           840.9   SnoulderUpper Arm Strain

Patient Status:

Medications:
- ☐ Dispexsed Prescription Medication to Patient
- ☐ Dispensed Over-The-Counter Prescription
- ☐ Written Prescription given to Padent

## Patient Status:

### Restrictions of Primary Care Physician - Returning for follow-up visit

Remarks:   exam restrictions unto the PCO. rtn to clinc 2 weeks.se

Employer Notice:   The proscribed activity recommendations are supperted guicelines to assist in the patients treatment and rehabilitation. VOur employee has been informed that the activity prescription is expected to he followed at work and away from work.

Anticipated Date Of Maximum Medical Improvement: 02/29/2005  Actual Date of Maximum Medical Improvement:

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule ut cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:        Friday July 1, 2005  3:30 pm
Provider/Facility: Marcia A. Clarke, OT

Visit Date:        Tuesday July 5, 2005  3:60 pm
Provider/Facility: Marcia A. Clarke, OT

Visit Date:        Friday July 8, 2005  3:30 pm
Provider/Facility: Marcia A. Clarke, OT

Visit Date:        Wednesday July 13, 2005  10:30 am
Provider/Facility: Frua Colon, MD

*Exhibit I*

© 1999 - 2005  Concentra Health Services, Inc. All Rights Reserved.    AA/EEO Employer    Revision Date: 10/11/2002

Claim Number: 200505 12FO

**Concentra Medical Centers**
101/5 C LH Ave AURORA, CO 00111
4hone: (703) 155-4955   Fax: (303) 755-4966

Service Date: 01/08/2005
Case Date:   06/10/2005

## Therapy Activity Status Report

Patient: Kono, Sun S.
SSN:       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
Address: 4418 South Helena Way #389
         AuRORA, CO BE015
Home:   (303) 690-8842
Work:    (003) 006-3429   Ext.:

Employer Location: First Date Telecheck Svgs-H:Contact:T:icia Sughrue
Address:        150 W Hampden Ave     Role:   Primary Contact
                ENGLEWOOD, CO 80110   Phone: (309) 806-3460   Ext.:
Auth. by:       Geo *o4riguez         Fax:    (402) 111-9550

This Visit:  Time In: 03:30 pm          Time Out: 04:23 pm        Rnen:dable: Yes       Visit Type: Recheck

Treating Provider:   Marcia A. Clarku, PT

Diagnosis: E921    Overexcrtion And Strenuous Movements
           840.9   Shnr/der/Upper Arm Stigin

Next Visit(s):   Patient Notice:   It is essentbil to your recovery that you keep your scheduled appointments, but should you need to
                 reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

                 Visit Date:        Wednesday July 19, 2005  9:30 am
                 Provider/Facility: Liz Erickson, OTA

                 Visit Date:        Wednesday July 13, 2005  10:30 am
                 Provider/Facility: Laura Caton, MD

                 Visit Date:        Friday July 15, 2005  10:30 am
                 Provider/Facility: John J. Aschbergni, MD

*Exhibit I*

   © 1999 - 2005  Concentra Health Services, Inc All Rights Reserved.   AA/CED Employer   Revision Date: 10/11/2002

Claim Number: 20P505 12FO

**Concentra Medical Centers**
10355 E Iliff Ave AURORA, CO 80241
Phone: (303) 695-4959   Fax: (303) 695-4055

Service date: 07/06/2005
Casb Date:   06/10/2005

## Therapy Activity Status Report

Patient:  Kang, Sun S.
SSN:   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
Address: 44 16 South Helena Way #368
         AURORA, CO 80015
Home:  (303) 650-6842
Work:   (303) 806-3420  Ext.:

Employer Location: First Data Telpcheck Svcs-Ha
Address:        150 W Hampden Ave
                ENGLEWOOD, CO 80110
Auth. by:     Ber Rodriguaz

Contact: Tricia Sughnie
Rofu:    Primary Contact
Phone:  (303) 806-3460   Ext.:
Fax:    (102) 11 l-9550

**This Visit:**  Time In: 03:30 pm        Time Out: 04:25 pm        Recordable: Yes        Visit Type: Toecheck

Treating Provider:   Marcia A. Clarke, PT

Diagnosis: E921    Hererexertion And Strenuous Movements
           840.9    Shoulder/upper Arm Strain

**Next Visit(s):**    Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschoduule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date: ....  Wednesday July 13, 2005  9:30 am
Provider/Facility: Liz Erickson, PTA

Visit Date:       Wexnesday July 13, 2005  11:30 am
Provider/Facility: Laura Caton, MD

Visit Date:       Friday July 15, 2005  10:30 am
Provider/Facility: John J. Atchherger, MD

$Exhibit$   I

Activity Status Report

© 1996 - 1901  Concentra Health Services, Inc. /All Rights Reserved.        AA/EEO Employer        Revision Date: 10/31/2002

Claim Number: 260585 12FD

## Concentra Medical Centers
10/55 East Ave AURORA, CO 80247
Phone: (303) 751-4955   Fax: (303) 715-4955

Service Date: 07/12 1/2005
Case Date:   06/11/2005

## Therapy Activity Status Report

Patient:  Kang, Sun S.
SSN:      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

Address: on: 8 South Helena Way 0269    Employer Location: First Data Teleclteck Svcs-H/Contact: Maria Sughrne

Home:    (303) 690-6602
Work:    (303) 808-3429  Ext:

| | | | |
|---|---|---|---|
| Address: | 150 W Hampden Ave | Role: | Primary Contact |
| | ENGLEWOOD, CO 80110 | Phone: | (303) 606-3480  Ext.: |
| Auth. by: | Sua Rodriguez | Fax: | (402) 111-9550 |

This Visit:  Time In: 02:30 pm       Time Out: 03:30 pm      Recordable: Yes      Visit Type: Recheck

Treating Provider:  Marcia A. Clarke, PT

Diagnosis: E821   Overexertion And Strenuous Movements
           840.9   Sprain/Upper Arm Strain

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:      Tuesday July 26, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:      Thursday July 20, 2005  3:30 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Time:      Friday July 29, 2005  12:05 pm
Provider/Facility: John J. Aschperger, MD

Visit Date:      Wednesday August 3, 2005  6:30 am
Provider/Facility: Laura Cdron, MD

*Exhibit I*

© 1993 - 2005  Concentra, Inc. & Partners, Inc. All Rights Reserved.   AA/EEO Employer   Revision Date: 10/31/2012

Claim Number: 2005051 2FD

## Concentra Medical Centers

14155 E 6th Ave, AURORA, CO 80147
Phone: (303) 155-4053   Fax: (303) 755-4556

### Therapy Activity Status Report

Patient: Kang, Sun S.

SSN:    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

| Address: 4476 South Helena Way P368 | Employer Location: First Data (Paycheck Svcs-PaContact: Tricia Sughrue | | |
| AURORA, CO 80015 | Address: | 150 W Hampden Ave | Role: Primary Contact |
| Home: (303) 650-8842 | | ENGLEWOOD, CO 00110 | Phone: (303) 806-3460 Ext.: |
| Work: (303) 806-3429 Ext.: | Auth. by: | Sea Rodriguez | Fax: (402) 0 1-8550 |

This Visit:  Time In: 03:00 pm          Time Out: 04:12 pm          Recordable: Yes          Visit Type: Recheck

Treating Provider:  Marcia A. Clarke, PT

Diagnosis: E82 1    Overexexion And Strenuous Movements
840.9    Shoulder/Upper Arm Strain

Next Visit(s):    Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel you appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:    Thursday July 21, 2005  2:30 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:    Tuesday July 26, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:    Thursday July 28, 2005  3:30 pm
Provider/Facility: Marcia A. Clarke, PY

Visit Date:    Friday July 29, 2005  12:15 pm
Provider/Facility: John J. Aschoerger, MD

*Exhibit I*

Activity Status Report    © 1998 - 2005 Concentra Health Services, Inc. All Rights Reserved.    ANEEU: Employer    Revision Date: 10/31/2002

MUN 05 · 10 10·24 PR EVENT PLANNING        303 456 8704 TO 9148222226896        P.02/55

Claim Number: 20050572FO

## Concentra Medical Centers
10355 E Iliff Aue AURORA, CO 80247
Phone: (303) 755-4965   Fax: (303) 155-45?<

Service Date: 01/13/2005
Case Date:   06/13/2005

## Physician Activity Status Report

Patient: Kang, Sun S.
SSN:     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
Address: 4016 South Helena Way #369        Employer Location: First Data Telecheck Svcs-HaContact:Tricia Sughrue
         AURORA, CO 80015            A0dress:        150 W Hampden Ave      Rate:   Primary Contact
Home:    (303) 890-5842                          ENGLEWOOD, CO 80110    Phone:  (303) 806-3460   Ext.:
Work:    (303) 806-3423  Ext.:        Avth. by:        Ben Rodriguez        Fax:    (402) 111-9550

**This Visit:** Time In: 10:40 am        Time Out: 11:41 am        Recortable: Yes        Visit Type: Recheck

Treating Provider:  Laura Caton, MO        Medications:

Diagnosis: E921   Overexenion Anx Strenuous Movements        ☐ Dispensed Prescription Medication to Patient
          840.9   Shoulder/Upper Arm Strain                  ☐ Dispensed Over-The-Counter Prescription
                                                              ☐ Written Prescription given to Patient

### Patient Status:

## Modified Activity - Returning for follow-up visit

Restricted Activity )in effect until next physician visit):

Return to work on 01/13/2h05 with the following restrictions

Remarks:···· exam, working. change i! ve of repetitive actvity every 5umin. 10min-breaks crery·1hr-PT-2xs wkf·or·3wks, rtc 3wks. rv      ... ...

**Employer Notice:**   The presoli c4 activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your
employee has been informed that the activity presoription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 08/22/2005   Actual Date Of Maximum Medical Improvement:

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to
reschedule Qr cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:        Friday July 15, 2005  10:30 pm
Provider/Facility: John J. Asturberger, MD

Visit Date:        Tuesday July 19, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:        Thursday July 21, 2005  2:50 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:        Thursday July 21, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

*Exhibit I*

© 1998 - 2005  Concentra Health Services, Inc. All Right Reserved.        AA/EEO Employer   Revision Date: 10/01/2002

Aug 13 '13 19:24 FR EVENT PLANNING       303 468 6784 TO 914022226099       P.33/55

Claim Number: 200S0512FD

## Concentra Medical Centers
10255 E 25 Ave AURORA, CO 80115
Phone: (903) 755-4956   Fax: (303) 755-4956

Service Date: 07/13/2005
Case Date:   P6/17/2005

## Physician Activity Status Report

Patient: Kang, Sun S.
SSN:     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
Address: 4416 South Helena Way #369       Employer Location: First Data Telecheck Svcs-Ha Contact: Tricia Sughruo
         AuRORA, CO 00015       Address:       150 W Hampden Ave       Role:   Primary Contact
Hume:    (303) 690-6842                         ENGLEWOOD, CO 80110   Phone:  (303) 908-3460   Ext.:
Work:    (303) 908-0429 Ext.:       Auth. by:       Ben Rodriguez       Fax:    (402) 177-9550

This Visit: Time In: 10:40 am       Time Out: 11:41 am       Recordable: Yes       Visit Type: Recheck

Treating Provider: Laura Coton, MD       Medications:

Diagnosis: E921   Overexertion And Strenuous Movements       ☐ Dispensed Prescription Medication to Patient
           840.9   Shoulder/Upper Arm Strain       ☐ Dispensed Over-The-Counter Prescription
                                                     ☐ Written Prescription given to Patient

## Patient Status:

### Modified Activity - Returning for follow-up visit

Restricted Activity (in effect until next physician visit):

Return to work on 01/13/2006 with the following restrictions

ROmarks:   exam. working. change type of regulative activity every 60min. Ice/Heat/Stretch breaks every 1hr. PT 2xs wkl or 3wks, xc 3wks. rv

Employer Notice:   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that their activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 00/22/2005   Actual Date of Maximum Medical Improvement:

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

         Visit Date:   Friday July 15, 2005   10:30 am
         Provider/Facility: John J. Aschberger, MD

         Visit Date:   Wednesday August 3, 2005   8:39 am
         Provider/Facility: Laura Coton, MD

$Exhibit\ I$

   © 2005 - 2005 Concentra Health Services, Inc. All Rights Reserved.   AA/EEO Employer   Revision Date: 10/31/2002

Jun 19 '11 11:25 PR EULIT FLHMMING          303 48D 0704 7D 914022226098          P.34/55

Claim Number: 2005u572FD

## Concentra Medical Centers
10355 E HR Ave AURORA, CO 80211
Phone: (303)755-4955   Fox: (303) 755-4956

Service Date: 07/13/2005
Case Date:   06/17/2005

## Therapy Activity Status Report

Patient: Hang, Sun S.
SSN:     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

Address: 4476 South Helena Way #369
         AURORA, CO 80015

Home:   (303) 650-8802
Work:   (303) 806-3429   Ext.:

Employer Location: First Data Telecheck Svcs-HaContact:Troid Sughruo
Address:         750 W Hampden Ave        Role:   Primary Contact
                 ENGLEWOOD, CO 80110   Phone: (303) 806-3480  Ext.:
Auth. by:        Bea Rudriguez            Fax:    (402) 777-3550

This Visit: Time In: 09:19 am        Time Out: 10:07 am       Recordable: Yes       Visit Type: Recheck

Treating Provider:  Liz Erickson, PTA

Diagnosis: E927     Overexertion And Strenuous Movements
           840.8    Shoolden/Upper Arm Strain

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, or should you need to
                 reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.
                 visit Date:     Friday July 15, 2005  10:30 am
                 Provider/Facility: John J. Aschberger, MD

$Exhibit$ $I$

© 1996 - 2005  Concentra Health Services, Inc. All Rights Reserved.

AA/EEO Employer   Revision Date: 10/31/2002

HLN 3'3  '13  JE3 25  FR ECEHT PLYNBHNG          583 468 5184  TO '314U2222EHH      P. J5/55

Claim Number: 20050572FD

## Concentra Medical Centers
10355 E Iff Ave  AHTMRA, CO 80234
Phone: I303] 155-4255   Fax: I303] 155-0956

Service Date: 07/16/2005
Case Date:  06/17/2005

## Physician Activity Status Report

Patient:  Kong, Sim S.
SSH:     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
Address: d476 South Helen Woy #369          Employer Location: First Data Telecheck Svcs-HaContact; Tricia Sughrue
         AURORA, CO  8uu15        Address:        750 W Hampden Ave    Role:   Primary Contact
Home:    (303) 690-8842                             ENGLEWOOD, CO 80110  Phone:  (303) 806-3480   Ext.:
Work:    1303] 806 3428  Ext.:        Auth. by:    8ea Rodriguez        Fax:    (402) 717-9550

| This Visit: Time In: 10:20 pm | Time Dur: 10:d2 am | Recordable: Yes | Visit Type: Recheck |
|---|---|---|---|

Treating Provider:   John J. Aschberger, MD

Diagnosis: E927   Overexertion And Strenuous Movements
         84u.8   Shoulder/Upper Arm Strain

Medications:
☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

## Patient Status:

### Restrictions of Primary Care Physician - Returning for follow-up visit

Remarks:   exam restrictions from the PCP.nn for EMG. cd

Employer Notice:   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your
employee has been informed that the activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 08/15/2005   Actual Date of Maximum Medical Improvement:

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to
reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:     Tuesday July 19, 2005  3:00 pm
Provider/Facility: Marcia h. Clarke, PT

Visit Date:     Thursday July 21, 2005  2:30 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:     Thursday July 21, 2005  3:00 pm
Provider/Facility: Marcia A, Clarke, PT

Visit Date:     Tuesday July 28, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Dr A shberger
T?: (2 '(
Date 7/20/05

Exhibit I

Activity Status Report

© 1995 - 2005  Concentra Health Services, Inc. All Rights Reserved.

AA/EED Employer    Revision Date: 10/31/2002

FROM J9 : 11 : M:25 PR EDENT PLANNING        303 488 8734 70 914022226898        P.36/55

Claim Number: 2uF50572FD

**Concentra Medical Centers**

Service Date: 01/13/2005

Case Date:   08/17/2005

10355 E 'M Ave  AURORA, CO 60201

Phone: (303) 155-0955   Fax: (303) 155-4955

## Physician Activity Status Report

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Hang, Span S. | | | | |
| SSN: | 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 | | | | |
| Address: 0478 South Helena Way #369 | | Employer Location: First Data Telecheck Svcs-naContract:7dcia Sughrue | | | |
| | AURDRn, CO 80015 | Address: | 75D W Hampden Ave | Role: | Primary Contact |
| Hvine: | (303) 697-6842 | | CNGLEWYDDD, CO 80110 | Phone: (303) 806-3460 | Ext.: |
| Work: | (303) 006-3429  Exc: | Auth. oy: | Bua Rooriguez | Fax: | (402) 777-8950 |

This Visit: Timth: 10.20 am     Time Dut: 10:42 am     Recordable: Yes     Visit Type: Recheck

Treating Provider:  John J. Aschberger, MD     Medications:

Diagnosis: E927    Overexedion Anu Strenuous Movements     ☐ Dispensed Prescription Medication to Patient

840.8    Shoulder/Upper Arm Strain     ☐ Dispensed Over-The-Counter Prescription

☐ Written Prescription given to Patient

---

## Patient Status:

### Restrictions of Primary Care Physician - Returning for follow-up visit

Remarks:   exam restrictions from the PCP.rtn for EMC. sa

Employer Notice:   The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment or rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 08/15/2F05  Actual Date of Maximum Medical Improvement:

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, out should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:   Tuesday July 19, 2005  3:00 pm
Pruvider/Facility: Marcia A. Clarke, P7

Visit Date:   Thursday July 21, 2005  2:30 pm
Provider/Facility: Marcia A. Clarke, P7

Visit Date:   Thursday July 21, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, P7

Visit Date:   Tuesday July 26, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, P7

*Dr. Ashberger*

*12:15*

*Date: 7/29/05*

*Exhibit I*

© 1998-2005  Concentra Health Services, Inc. A. Rights Reserved

AAVFEO Employer     Revision Date: 10/31/2002

HUG 19 '11 14:25 FR EVENT PLANNING        JLJ 4dB B'Na4  I∩ 9140222226098        P.J1/55

Claim Number: 20050512FD

## Concentra Medical Centers
10055 E Iff Ave. AuRQPA, CO. 83231
Phone: (303) 755-4965   Fax  (303) 105-40A7

Service Date: 07/19/2005
Case Date:   01/11/2005

### Therapy Activity Status Report

Patient: Kang, Sun S.
SSN:     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

Address: 4475 South Helena Way #300
AURORA, CO 80015
Home:   (303) 690-6842
Work:   (303) 806-3428  ExL:

Employer Location: First Date Telecheck Svcs+ItsContact: Tricia Sughruo
Address:        750 W Hampden Ave        Role:   Primary Contact
                ENGLEWOOD, CO 80110      Phone:  (303) 808-3480  Ext.:
Auth. by:       Bea Rudriguez            Fax:    (402) 777-9550

Auth. by:

This Visit:  Time th: 03:00 pm          Time Dut: 04:12 pm        Recordable: Yes        Visit Type: Recheck

Treating Provider:  Marcia A, Clarke, PT

Diagnosis: G927   Dverexertion And Sllurruovs Marenmenlc
       u50.9   Shculder/Upper Arm Strain

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, out should you need to rescheule or cancel your appointment, s ease contact the clinic. Thank you for your cooperation.

       Visit Date:        Thursday July 21, 2005  2:30 pm
       Provider Facility: Marcio A. Clarke, P7

       Visit Date:        Tuesday July 26, 2005  3:00 pm
       Provider Facility: Marcia A. Clarke, P7

       Visit Date:        Thursday July 28, 2005  3:30 pm
       Provided Facility: Marcia A. Clarke, PT

       Visit Date:        Friday July 39, 2005  12:15 pm
       Provider Facticy: John J. Ascherger, MD

*Exhibit I*

©1996 - 2008  Concentra Health Services, Inc. All Rights Reserved.

divity Status Repnn        AA/EEU Employor   Revision Date: 101p 1/1102

Hu*a TU '3 £ 19F 2t FR EULF1 PLANNING          383 4FJR R794 7C 314622226898          P. 38/55

Claim Number: 20H50572FU

# Concentra Medical Centers
15355 E Ithhavd OURORA, Cv 83341
Trend. D903) 756-4053  vax. 1901) 155-4850

Service Date: 07/26/2005
Case Date:    06/17/2005

## Therapy Activity Status Report

Patient: Hang, Sun s.
SSN:      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
Address: 4476 South Helena Way #369          Employer Luration: First Date Tolnchedu Svcs M Contber: Tricia Sughrue
         AURORA, LD 60015                     Address:          150 W Hampden Ave          Rote:   Primary Center
Home:    (303) 690-6842                                         ENGLEWODC, CD 80110  Phone: (303) 806-3461  Ext.:
Work:    (303) 868-3429  Ext.:               Anth. oy:         Bea Rodriguez               Fax:    (402) 777-3550

This Visit;  Time in: 03:00 cm          Time Dvl: 04:01 pm          Recordable: Yes          Visit Type: Reclieck

Treating Provider:  Marcia A. Clarke, P7

Diagnosis: E927   Overexonion And Strenuous Mnvoments
           84(1.9  Shoulder Uppor Arm Strain

Next Visit(s):  Patient Notice:  It is essential to your recovery that you keep your scheduled appointments, but snould you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:     Thursday July 28, 20F5  3:30 pm
Provider Facility: Marcia A. Clarke, d7

Visit Date:     Friday July 29, 2005  12:15 pm
Provider Facility: John J. Aschberger, MO

Visit Date:     Wednesday August 3, 2005  8:30 am
Provider Facility: Laora Cator, PO

$Exhibit\ I$

© 1996 - 2005  Concerta Health Centers Inc All Rights Reserved          DA/EEO Employer   Revision Date: 10/31/2002

Claim Number: 20050572FQ

## Concentra Medical Centers
5355 Elm Ave AURORA, CO 80247
Phone: (303) 155-4955   Fax: (303) 155-4956

Service Date: 07/25/2005
Case Date: 06/21/2005

## Therapy Activity Status Report

Patient: Kong, Sim S.
SSN: 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
Address: 4476 South Helena Way, #369       Employer Location: First Data TeleCheck Svcs-Hr Contact: Tricia Scghine
AuRDRn, CO 80015              Address:        750 W Hampden Ave     Role:  Primary Contact
Home: (503) 690-6842                          ENGLEWOOD, CO 86110   Phone: (303) 806-3760 Ext.
Work: (303) 800-3479  Ext.:   Auth. by:       Bes Rodriguez         Fax:   (402) 777-9559

This Visit: Time In: 03:30 pm        Time Out: 04:37 pm       Recordable: Yes       Visit Type: Recheck

Treating Provider:   Marcia A. Clarke, P T

Diagnosis: 2827    Overexertion And Strenuous Movements
810.9              Shoulder/Upper Arm Strain

Next Visit(s):    Patient Notice:  It is essential to your recovery that you keep your scheduled appointments, our should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

visit Date:       Friday, July 29, 2005  12:15 pm
Provider/Facility: John J. Aschberger, MD

visit Date:       Wednesday, August 3, 2005  8.30 am
Provider/Facility: Laura Eaton, MD

© 1996 - 2005  ConcentJ Health Services, Inc. All Rights Reserved

*Exhibit I*

AA/EEO Employer   Revision Date: 11/13/2002

HUG J'5 · 11 · IXI·ZI5 · PR·CUENT·PCUMI'ISID     SUG·4GS·H·AL·111·UI4VIZ2Z2UIS8     P. 44/55

Claim Number: 20050572FD

## Concentra Medical Centers
10355 E Hrf Ave · Aurora, CO 80111
Phone: (303) 116-4955 · Fax: (303) 155-4058

Service Date: 07/29/2005
Case Date: 08/17/2005

## Physician Activity Status Report

Patient: Kang, Sun S.
SSN: 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

| Address: 4478 South Heleno Way #369 | Employer Location: First Data Telecheck Svcs-H&Cun(act: Tricia Sughrua | | | |
|---|---|---|---|---|
| aURORA, CO 00015 | Address: | 750 W Hampden Ave | Role: | Primary Contact |
| Home: (303) 090-6842 | | ENGLEWODD, CO 80110 | Phone: (303) 006-3460 Ext.: |
| Work: (303) 806-3428 Ext.: | Attn. py: | 8ao Rodriguez | Fax: | (402) 727-9550 |

**This Visit:** Time In: 12:00 pm     Time Out: 01:01 pm     Recordable: Yos     Visit Type: Recheck

Treating Provider: Johd J. Aschoerger, MD

Diagnosis: F927    Overexertion And Strenuous Movements
840.9    Shoulder/Upper Arm Strain

Medications:
☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

### Patient Status:

Restrictions of Primary Care Physician - Returning for follow-up visit

Remarks:    exam restrictions from the PCP, no to clinic 3 weeks.sa

Employer Notice:    The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your omployee has oaan informed that the activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 08/19/2006    Actual Date of Maximum Medical Improvement:

Next Visit(s):    Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your consideration.

visit Date:   Wednesday August 3, 2005   8:30 am
Provider/Facility: Laura Liston, MD

Visit Date:   Friday August 19, 2005   2:45 dni
Provider/Facility: John J. Aschberger, MD

*Exhibit I*

BEGIN:PAGE22.pt2p        JdS aco arm fu 90 Uoc222pMSB        P. 41/99

    ~UU 15   IL 16H20 HA COENT FEHNITINU

Claim Numoor: 200505727 D

**Concentra Medical Centers**
10355 E Iliff Ave. AURORA, CO 80231
Phone: (303) 156-4955   Fax: (303) 155-4058

Service Date: 08/03/2005
Case Date:    08/17/2005

## Physician Activity Status Report

| Pollent: | Harg, Sun S. | | | | |
|---|---|---|---|---|---|
| SSN: | 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 | | | | |
| Address: | 4578 South Helena Way #359 | Employer Location: First Data Telecheck Sucs-Hi Contact: Tricia Sughrue | | | |
| | AURORA, CO 00u15 | Adoress: | 750 W Hampdon Ave | Role: | Primary Contact |
| Home: | (303) 690-6842 | | ENGLEWOOD, CO 80110 | Phone: (303) 808-3460  Ext.: |
| Work: | (303) 8h6-3423 Ext.: | Auth. by: | Rea Rvdriguez | Fav: | (402) 777-9500 |

| This Visit: Time In: 08:18 am | Time Dur: 09:04 am | Recordable: Yes | Visit Type: Recheck |
|---|---|---|---|

Treating Provider:   Joseph Ocvers, RN-NP

Medications:

Diagnosis: E927   Overexertion And Strenuous Movements
        840.9   Shoulder/Upper Arm Strain

☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

### Patient Status:

Modified Activity - Returning for follow-up visit

Restricted Activity (In effect until next physician visit):
    Return to work on 08/03/2005 with the following restrictions:

Remarks:  exam, working, must rest both hands every hour for 10min, change repetitive activity every hour for 10min. rtc after Dr. Aschberger.
       rv

Employer Notice:  The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 08/24/2005  Actual Date of Maximum Medical Improvement:

Next Visit(s):  Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, our should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

    Visit Date:  Thursday August 4, 2005  3:00 pm
    Provider/Facility: Marcia A. Clarke, PT

    Visit Date:  Friday August 5, 2005  3:00 pm
    Provider/Facility: Marcia A. Clarke, PT

    Visit Date:  Friday August 19, 2005  2:45 pm
    Provider/Facility: John J. Aschberger, MD

    Visit Date:  Friday August 19, 2005  3:00 pm
    Provider/Facility: Joseph Devers, RN-NP

*Exhibit I*

y Status Report        © 1996 - 2005 Concentra health Services, Inc. All Rights Reserved.   AA/EEO Employer   Revision Date: 10/31/2002

Claim Number: 2000937/2F17

## Concentra Medical Centers

I-25 & Bird Ave AURORA, CO 0V247
Phone: (303) 766-4985  Fax: (303) 155-1256

Service Date: 08/03/2005
Case Date:  06/17/2005

## Physician Activity Status Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | Kang, Sun S. | | | | | |
| SSN: | 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 | | | | | |
| Address: | 4416 South Helena Way #308 | | Employer Location: First Date Telecheck Svcs-H; Contact: Tricia Sughrue | | | |
| | AURORA, CO 80015 | Address: | 750 W Hampden Ave | | Role: | Primary Contact |
| Home: | (303) 690-6042 | | ENGLEWOOD, CO 80110 | | Phone: (303) 806-3460 | Ext.: |
| Work: | (303) 886-3429  Ext.: | Auth. by: | Bea Rodriguez | | Fax: | (402) 777-9550 |

**This Visit:** Time In: 00:19 am        Time Out: 09:04 am        Recordable: Yes        Visit Type: Recheck

Treating Provider:  Joseph Devers, RN-NP

Diagnosis: E927    Overexertion and Strenuous Movements
      840.3    Shoulder/Upper Arm Strain

**Medications:**

☐ Dispensed Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescription
☐ Written Prescription given to Patient

### Patient Status:

Modified Activity - Returning for follow-up visit

Restricted Activity (in effect until next physician visit):

Return to work on 08/03/7009 with the following restrictions

Remarks: exam, working. must rest both hands every hour for 10min. change repetitive activity every hour for 10min. no other Dr. Aschberger.
N

Employer Notice: The prescribed activity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your employee has been informed that the activity prescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement: 08/24/2005  Actual Date of Maximum Medical Improvement:

Next Visit(s):    Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, but should you need to
          reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

          Visit Date:    Thursday August 4, 2005  3:00 pm
          Provider/Facility: Marcia A. Clarke, PT

          Visit Date:    Friday August 5, 2005  3:00 pm
          Provider/Facility: Marcia A. Clarke, PT

          Visit Date:    Friday August 19, 2005  2:15 pm
          Provider/Facility: John J. Aschberger, MD

          Visit Date:    Friday August 19, 2005  3:00 pm
          Provider/Facility: Joseph Devers, RN-NP

*Exhibit I*

    © 1995 - 2006  Concentra Health Services, Inc. All Rights Reserved    AA/EEO Employer    Revision Date: 10/31/2002

HUB JS 'J & 903:27 FH EVENT PLANNING          345 498 5764  TO 914022226098          P. 43/55
Creini Number: ZuUbuS12FU "" "2=

## Concentra Medical Centers
1055 e 1ID ave  AURORA, CD 80247
Phone: (303) 155-4055   Fax: (3p3) 753-4s58

Service Date: 08/01/2005
Case Date:   08/17/2005

## Therapy Activity Status Report

Patient:  Kang, Sun S.
SSN:      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

| | | | | | |
|---|---|---|---|---|---|
| Address: | d4T6 South Helena Way #309 | Employer Location: First Dato Telecheck Srcs-Hi Contact: Tricia Sughrue | | | |
| | AURORA, CD 00015 | Address:   790 N Hampden Avo | Role: | Primary Contact | |
| Home: | (303) 090-68e2 | | ENGLEWOOD, CO 80110 | Phone: (303) 805-3000  Ext.: | |
| Work: | (303) 806-3423  Ext.: | Auth. by:   Sea Rodriguez | Fax: | (402) 777-9550 | |

**This Visit:** Time In: 03:90 pm          Time Out: 04:07 pm          Recordable: Yes          Visit Type: Recheck

Treating Provider:  Marcia A. Clarke, PT

Diagnosis: 6927       Overextion And Strenuous Movements
          840.9       Shoulder/Upper Arm Strain

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments. out should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation

Visit Date:          Friday August 5, 2005   3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:          Tuesday August 9, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:          Thursday August 11, 2005  3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:          Friday August 19, 2005  2:45 pm
Provider/Facility: John J. Aschheimer, MD

$Exhibit$   $I$

© 1088 - 2005  Concentra Health Services, Inc  All Rights Reserved          AANEED Employer   Revision Date: 1

HING 19 TO THE 21 FIT CUENT PLANNING          JUL 48H 8114 IO 2140322226098      P. 4a/55

Claim Number: 20050512Fd

## Concentra Medical Centers
1072 E IIII Ave AVOORO CO ecrc1
Ohone 12 IH 155-1011   Tex 1075I 11 11 4956

Schelce date: 00-07/2005
Case Date: 116/11/2005

### Therapy Activity Status Report

Ƥation1: Kang, Svn S.
SSN:    523-15-30 17
Address: 4476 South Heleta Way #3R9          Employer Location: First Data Telethank Svcs 111Contact: Tricia Svantve
        AURDRA, CO 000 15          Address:      750 VI Hantpoon Ave      Noit.:  Plimary Contact
Nome:   (303) 090-5042                        ENGLEWOOD, CO 00110    Phone: 1303) 005-3060   Ed.:
Work:   (303) 0uu-3429  E d.:    Avth. 0y:     8aa Ruarigver     For   1402) 777-9550

**This Visit:** Time tri: 03:00 pm        Time Dur: 03:50 pm       Recutdaole: Yes     Visit Type: Recheck

Treating Provider:   Marcla A. Clarke, 177

Diagnosis: E921    Ovelo conton And Sterness Movemen's
          84u.3     Chuutoer/upper Arm Strain

**Next Visit(s):**   Patient Notice:   It is essental to your recovery in if you keep your st not uted so pAhtments, but should you need to
                     reechedule of cannot your appointment, oleate contact the clinic. Tnan k you for your coooraben.

        Visit Date:      Tuesday August 9, 7005  3:00 pm
        Provide11Facility: Marcia A. Clatke, 51

        Vit11 Date:      Tnuteday August 11. 2085  3:00 pm
        Provine11Facility: t0atdia A. Clatke, P1

        Visit Date:      Friday Auqvst 19, 2e05  2.45 pm
        Provide11Facility: Jonn J. Asctloe: gel, MO

        Visit Date:      Friday August 19. 7e05  3:00 pm
        Provine11Facility: Jvseoh doucls, NN-NP

*Ekhibit I*

FEB 07 '31 10:41 FR EVENT PLANNING          303 448 0724 TO 913032222bd98          P.45/55

**Concentra medical centers**
10355 E INFOKA AVITORA, CU 60747
Phone: (303) 755-4655   Fax: (303) 755-4966

Case Date:   06/17/2005

# Therapy Activity Status Report

Patient:   Kang, Sun S.
SSN:   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

| | | |
|---|---|---|
| Address: 4416 South Helora Way #36u | Employer Lncation: First Data Telecheck Svcs-Hi | Contact: Tricia Suginue |
| AURORA, CO 000 15 | Address: 750 W Hamooen Ave | Role: Primary Contact |
| Home: (303) 690-6912 | ENGLEWOOD. CD 00110 | Phone: (303) 806-3460 Ed.: |
| Work: (303) 806-3120 Ext.: | Auth. by: Bea Rodriguez | Fax: (002) 777-9550 |

**This Visit:** Time In: 03:00 pm      Time Out: 03:50 pm      Recordable: Yes      Visit Type: Recheck

Treating Provider:   Marcia A. Clarke, PT

Diagnosis: E327   Duere onton And Sitcncotts Movvments
          0n 0.9   Shoulncrtu gper Ann Sbnin

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments. But should you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Visit Date:   Tuesday August 9, 2u05 3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:   Thursday August 11, 2005 3:00 pm
Provider/Facility: Marcia A. Clarke, PT

Visit Date:   Friday August 19, 2005 2:45 pm
Provider/Facility: John J. Aschberger, MU

Visit Date:   Friday Avgust 19, 2005 3:00 pm
Provider/Facility: Joreah uevels, RN-NP

*Exhibit I*

© 1100 - 2005 Concentra health Services, Inc. Vl Rights Ceserved.        AA/EEO Employer   Revision Date: 10/31/2002

Claim Number: 100805721R

**Concentra Medical Centers**
10051 E 11th Ave AURORA, CO 80249
Phone: (720) 771-4955    Fax: (303) 751-4955

Service Date: 00/09/2005
Care Date:    08/17/2005

## Therapy Activity Status Report

Patient: Kang, Sun S.
SSN:      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
Address:  4476 Smith Halena Way #363      Employer Location: First Data Telecheck Sucs-Mr Contact: Ticia Sughrue
          AURORA, CG 001115                Address:           750 W Hampden Ave       Role:   Primary Contact
Home:     (303) 500 6842                                      ENGLEWOOD, CO 801 10    Phone:  (303) 008-3460    Ext.:
Work:     (303) 806-3429  Ext.:            Auth. 0y:          Bea Rodrighez            Fax:    (402) 777-9550

**This Visit:**  Time In: 03:05 pm          Time Out: 04:04 pm          Recordable: Yes          Visit Type: Rocheck

Treating Provider:   March3 A. Clarke, PT

Diagnosis: E92T     Overexertion And Strenuous Movements
           844.9    Shoulder/Upper Arm Strain

**Next Visit(s):**   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments. If should you need to
                     reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

                     Visit Date:       Thursday August 11, 2005   3:00 pm
                     Provider/Facility: Marcia A. Clarke, PT

                     Visit Date:       Friday August 13, 2005   2:45 pm
                     Provider/Facility: John J. Aschberger, MD

                     Visit Date:       Friday August 19, 2005   3:00 pm
                     Provider/Facility: Joseph Davela, RN-NP

$Exhibit\ I$

© 1996 - 2005  Concentra Health Services, Inc. All rights reserved.     AA/EE d Employer     Next ton date: 10/31/2005

Claim Number: 20050072PV

## Concentra Medical Centers

10305 E Iliff Ave AURORA, CO 80247
Phone: [303] 155-4061   Fax: [303] 155-4056

Cate Date:   06/17/2005

# Therapy Activity Status Report

Patient:   Kang, Sun S.
SSN:   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

Address: 4476 South Helena Way #360
AURORA, CO 00015

Home:   (303) 690-6642
Work:   (303) 800-3429   Ext.:

Employer Location: First data Telecheck Svcs-Hr Contract: Theia Sughrue
Address:   700 W Hampden Ave    Role:   Primary Contact
Auth. Dy:   ENGLEWOOD, CD 00110   Phone: (303) 808-3460  Ed.:
Boa Rvenguez   Fax:   (002) 777-9550

This Visit:   Time In: 03:10 pm   Time Out: 04:07 pm   Reportable: Yes   Visit Type: Rocheck

Treating Provider:   Marcia A. Clarke, PT

Diagnosis: E927   Overexertion And Strenuous Movements
840.9   Shoulder/Upper Arm Strain

Next Visit(s):   Patient Notice:   It is essential to your recovery that you keep your scheduled appointments. If about to you need to reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

-Visit Date:   Monday August 15, 2005  10:30 am
Provider/Facility: Liz Erickson, PTA

Visit Date:   Wednesday August 17, 2005  3:30 pm
Provider/Facility: Liz Erickson, PTA

Visit Date:   Friday August 10, 2005  2:45 pm
Provider/Facility: John J. Aschberger, MD

Visit Date:   Friday August 13, 2005  3:00 pm
Provider/Facility: Joseph Devers, RN-NP

Exhibit  I

(P) 1995 - 2001 Concentra Health Services, Inc All Rights Reserved.   ANET o Employer   Revision Date: 10/31/2002

AUG 19 '11 10:20 FR SUENT PLANNING            303 488 8764 TO 91d06222270098         P. 4R/55
Clolm Numuer:                                 Concentra Medical Centers
                                              10055 E 1st Avu AURORA, CO 00141
                                              Fhone: 1800) 155-4995   Kux: 1707) 155-4955         Caso Oate:     06/17/2005

## Therapy Activity Status Report

Pattent:   KaAg, Stm S.
SSN:       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
Address: 4470 South Helena Way #383        Employer Location: Fitst Data Telecheck Svct -Hr Contact: Tricia Sughtuc
         AuRORA, CO 80d15           Address:            750 W Hamptln Ave       Rote:   Primary Contart
Nome:    (303) 690-6842                                 ENGLEVIOOd, CG 00110   Phone:  1303) 0u5-3460   F d.:
Work:    (303) 806-3028  E a.:             Auth. by:    Usa Rodtiguoz          Fa c:   1402) 777-9550

<u>This Visit:</u>  Time In: 08;26 an r         Time Dut: 09:23 am        Hecordable: Yec        Visit Type: Recheck

Treating Provider:   Liz Erickson, PTA

Diaghosis: E827      Overe conlon And Strenuous Movements
           040.9     Shortdel/Upper Arm Strain

<u>Next Visit(s):</u>     Patient Notice:   It it esser that to your recovery that you kean yout scheduled appointments, but should you need to
                                            ieschesule or carcel yovt appoint.net.t, alease contzot the clinic. Thank you for your cooperation.

                        Vich Date:         Frday August 19, 2005 · 1:00 pm
                        Providet/Facility: Llz Erickson, PTA

                        Visit Oate:        Friday August 10, 2005  1:d5 pm
                        Provider/Facility: John J. Aschadiger, MD

                        VisitOate:         Friday August 19, 2005  3.00 pm
                        Provider/Facility: Justhhh Devers, RN-NP

$Exhibit$   $\mathcal{I}$

Activity Status Report

© 1999 - 2005  Contemba Naaku Sonting, Inc. All Rights Reserved.         AA/EEO Employer    Revision Oate: 1018 112007

HUU 39 'IC 10-2d FR EvcNI PLHNITTING 3UJ 40B B1U4 TU 9340222d5d9B P. 49/55
"Claim Number: 2uu5u512n v **Concentra Medical Centers** Vervice call: uur1a1uuu
 10855 G IIf' Ave AURORA, CO 8011T Case Date: 06/17/2005
 Phone: 1307) 751-4855   Fax: 1303) 755-4056

## Physician Activity Status Report

Patient: Kang, Sim S.
SSN:  52J-15-3617

| | | | | | | |
|---|---|---|---|---|---|---|
| Address: 4476 South Helena Way #J60 | | Employer Location: First Data Telcocheck Svcs-Hr | Contact: Tticla Suphtue | | | |
| | AURORA, CO 80015 | Address: | 750 W Hompdan Avo | Role: | Primary Contact | |
| Nome: | (303) 600-6842 | | ENGLEWOOD, CO 80110 | Phone: | (303) 006-3460 | Ext.: |
| Work: | 1303) 600-3429  Ext.: | Auth. by: | Bus Rodriguez | Fax: | (402) 777-9550 | |

**This Visit:** Time In: 02:25 pm Time Out: 02:46 pm Recordable: Yas **Visit Type:** Recheck

Treating Provider: Jdith J. Ascnherger, MD

Diagnosis: E927 Orere certion And Suetuvus Movements
 840.0 Shovideltuppet Arm Sttain

Medications:
☐ Olsphosed Prescription Medication to Patient
☐ Olspehsed Over-The-Counter Prescriptidn
☐ Whittah Prescription giueh td Patient

---

## Patient Status:

Restrictions of Primary Care Physician - Reteased from Speciatist

Remarks: exam restrictions from the PCP, released from thn saecieltcl.ca

Employer Notice: The pre-pribed activity recommendations are suggested guidelines to assist in the patient's Oeatment and rehabilitation. Your omployce has been informed thet the actiUty prescription is a djected to be fc. hwed at work and away front work.

Anticipared Dato of Maximum Medicnl Improvvment: 08/26/2005 Acrvat Rate of Maximum Medical Improvement:

Next Visit(s): Parlent Notice: It is essential to your recovery that you keea rout scheduled appoit0oents, oin should you neeo to teschedUic or cancel your appohtment, olest e contald the clinjc. Thank you for your cooperation.

 Visit Date: Friday August 10, 2005  3:00 pm
 ProviderFacility: Jdsvph Devers, HN-NP

$Exhibit\ I$

© 1590 - 2005  Concentra Health Services, Inc. All RightU Reserved. AA/EEd Emahyac Revision Date: 10/31 2002

16tm Numoor; ~~...~~

CONCENTRA ~~...~~
10368 E kk Ave ovßOR k. CO 81247
Onene 1307 755-4835   Fax 1307 155-4858

## Therapy Activity Status Report

Patient: Kang, Stht S.
SSN: 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
Adorcss: 4476 South Helena Way #38u          Employer Locorton: First Data Telscheck Svcs-ht Contact: Tiicla Srightue
AURORA, CO 80d15                    Address:          750 W Hampden Ave          Rote:   Primary Conteer
Home:   1303t 690-0842                                     ENGLEWODO, CO 00 I IO    Phone:  (703t 808-3A60   Ed.:
Work:   (303t 006-3429  Ed.:       Auth. by:          Oea Rodriguez                Fac     i402) 777-9555

This Visit:  Time In: 01:00 pht          Time Out: 01:58 pm          Recordable: Ves          Visit type: Hecheck

Treating Provider:  Liz Ericksun, PTA

Olagn osis: E327     Overs œnioh Ard StfcAuous Moxert Ynts
840.9     Shouldet/Upper Ahn Stfain

Next Visit(s):    Patient Notice:   It it essential tn your recovery that yr u keea your scheduled appointments. I it should you need to reschedule-or cancel your appointment, Please contact the clirie. Thank you for your cooperation.

Vit ft Oate:     Friday Aaqust 19, 2005  2:15 pnt
Provtder/Facthty: John J. Aschevtger, Mu

Visit Bate:     Friday Aequst 19, 2005  J.00 am
Provtde#Facility: Joseph Devers. RN-h?

$$Exhibit \quad I$$

© 1998- 2 Ks  Concentra ntulh Servces, Inc  All Rights Reserved.          AA/EEO Employer     Revision Oate: 10/11/Too?

Case 0 Date:  061172005

10755 E 8th Ave  AURORA, CO 53ecT
Phone: (307) 355-4955   Fax: (303) 355-4956

## Physician Activity Status Report

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Kang, Sun S. | | | | |
| SSN: | 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 | | | | |
| Address: 4476 South Helena Way n3C9 | | Employer Location: First Date Tclerheck 0ves-HrContact: Trlohr Sughrue | | | |
| AURORA, CO 80015 | | Address: | 750 W Hampden Ave | Note: | Primary Contact |
| Home: | (303) 690-8042 | | ENGLEWOOD, CO 00111 | Phone: | (303) 806-9406  Ext.: |
| Work: | (303) 806-3429  Ed.: | Auth. oy: | Bea Rodriguez | Fax: | (402) 777-9550 |

**This Visit:** Time th: 02:no pm        Time Out: 03:37 pm        Recdrdable: Yes        Visit Type: Recheck

Treathg Prdyidel:   Joy R. Little, PA

Olagndsis:E927      DverekeRlort Ann Strenuous Movements
840.9          Shuuldort upget Athr SBalt

Medications:
☐ Dispenkad Prescription Medication to Patient
☐ Dispensed Over-The-Counter Prescriptioh
☐ Written Proc Iription given to Patieht

## Patient Status:

### Modified Activity - Returning for fottow-up vtsit

Restricted Activity |In dffect untli nect physician visit:

Rettrn to work oh 081 1912005 with the tolluwin. restrictions

Remarks:   exam. walking. rest 10min ofury 60mfn ltam hrpetitive activity. no 2wke. rv

Employet Notice:   The presocced polivity tecan mendationt are suggetted guideGres ta assist in tho patient's treatment end renabiktation. Your  uhplayet. has peen intormed that the activity proscrition is ktpected ta 0u fr ltowed at work ahd away from work.

Anticipated Date of Maktmmtm Medical Impeovoment: 09/0212005   Actual Date of Mardnmtm Medical hhgroUemohl:

**Next Visit(s):**   Potient Nadce:   It le escthriat ta your Icovery that you kema yout scheduled appoinhnants,0Ut should you need lo  It schedulo ox cartcel your appahtment, please contact the dinic. Thank you for your cooperauon.

Visit Date:      Frinay Segtemher 2, 2005  3:30 pm
Provider!Eacfflty: Joel C. Boulder, MD

*Exhibit I*

KP 1599 - Flat  Consmere Hyith Servicis, Inc. All righ ts Reserved.        AA/EEO Employer   Revision Date: 10/31/2002

AUG 19 '11 10:29 FR EVENT PLANNING          JO3 088 9704 TO 9100222260098          P.52/55
lajm hvnfiver. rousserni u                  Concentra Medical Centers
                                            10355 E Iliff Ave AURORA, CO 80241          Case Date:   06/17/2009
                                            Phone (303) 155-4055   fax: (303) 115-4055

## Physician Activity Status Report

Patton r:  Kang, Sun S.
SSN:       523-15-36 IT
Address:   9478 South Helena Way #:I69     Employer Location: First Data Telecheck Sucs-Hr Contact: Tricia Suphrue
           AURORA, CO I0u15                Andress:        750 W Nampecn Ave        Role:   Primary Contact
Home:      (303) 090-0842                                  ENGLEWOOd, CO 00I Iu     Phone:  (303) 806-3460   Ext:
Work:      (303) 806-3423  Ect.:           Auth. by:       808 Rodriguez           Fa c.   (402) 777-9550

This Visit:  Time In: 08:20 am            Time Out: 08:09 am       Recordable: Yes      Visit Type: Recheck

Treating Provider:   Joseph Osvers, RN-NP                          Medications:
Diaghvsis: E92T   Overe aehton And StreAuvus Movements            ☐ Dispensed Prescription Medication to Patient
          840.9   Shoulcer luppyt Arm Strain                      ☐ Dispensed Over-The-Counter Prescription
                                                                  ☐ Written Prescription given to Patient

## Patient Status:

### Regular Activity - Released from care

Return to regular outy on 09/02/2005

Drawbars

f l/j xm -12C-842-2650   1041

846-617-6154   31033717

366

Remarks:   exam. working, improving, release from care with no impairment. rv

Employer Notice:   The prescribed acility recmmendations are suggested guidelines to assist in one ratient's treatment and rehabilitation. Your
                   employee hat been informed that the acikity atescription is expected to be followed at work and away from work.

Anticipated Date of Maximum Medical Improvement:          Actual Date of Maximum Medical Improvement:   08/02/2005

Next Visit(s):    Patient Notice:   It is essential to your recovery that you keep your scheduled appointments, Out should you need to
                  reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

Exhibit I

Activity Status Report          © 1196 - 2005  Concentra Health Services, Inc All Rights Reserved          AA/EEd Employer   Revision Date: n/31/2002

Aug 19 '11  10:29 FR ELENY PLANNING        303 nE8 872-1 TO 514822327-898        P.33/58
tatm Number: 208500172u        **Concentra Medical Centers**
        1035 E Iliff Ave ALRC Kn, CO 80111
        Phone: [303] 796-4456   Fax: [303] 195-4956        Case Date:   08/172005

## Physician Activity Status Report

Patient:  Kano, Sun S.
SSN:      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
Address: 4476 South Hi.t.na Way #369        Employer Location: First Data Telecheck Svcs-H:Contoct: Tricia Sughrue
         AuRORA, CD 80u15        Adoress:        750 W Hampden Ave        Role:   Primary Contact
Home:    (303) 630-6042                         ENGLEWOOD, CD 80119      Phone:  (363) 806-3460   Ed.:
Work:    (303) 806-3420   Ed.:        Auth. by:      Bea Rodriguez        Fax:    (402) 777-055u

| This Visit: | Time In: D8:20 am | Time Out: 08:49 am | Recordable: Yes | Visit Type: Rpcheck |

Treating Provider:  Juseph Dovers, RN-NP        Medications:

Diagnosis: E921        Overecetion And Strotuovs Mrivements        ☐ Dispensed Prescription Medication to Patient
         040.3        Shoulder/Uppel Arm Strain        ☐ Dispensed Over-The-Counter Prescription
                                                        ☐ Written Prescription given to Patient

## Patient Status:

Regular Activity - Released from care

Ratum to regular duty on 09/02/2006

Remarks:   elam. working. initatoving. released from care with no impairment. rv

**Employer Notice:**   The atescdOed acdvity recommendations are suggested guidelines to assist in the patient's treatment and rehabilitation. Your
employee has been informed that the activity prescription it expected to Oe followed at work and away from work.

Anticipated Date of Maximum Medical Improvement:        Actual Date of Maximum Medical Improvement:  00/02/2005

**Next Visit(s):**   Patient Notice:   It is essential to your recovery met you keep your scheduled appointments, but should you need to
reschedule or cancel your appointment, please contact the clinic. Thank you for your cooperation.

*Exhibit I*

AUG 19 '11 10:29 FR EVENT PLANNING    303 488 8704 TO 9148222226098    P.54/55

## CONCENTRA HEALTH SERVICES
## SEATED WORKER ERGONOMIC CHECKLIST

Employee Name: SUN KANG    Department: FIRST DATA TERECHECK Date: 6/8/06

**PRIMARY COMPLAINTS:** Bilateral neck, shoulder pain

| CHAIR | OK | RECOMMENDATIONS/ADJUSTMENTS | DONE |
|---|---|---|---|
| 1. Height: Upper legs parallel with floor | No | Raised chair to 20.5" | 6/8/06 |
| 2. Feet flat on floor | No | Placed monitor riser on floor as foot rest | 6/8/06 |
| 3. Backrest supports low back | No | Locked out reclining mechanism | 6/8/06 |
| 4. Armrests adjusted | NA | | |

| MONITOR | OK | RECOMMENDATIONS/ADJUSTMENTS | DONE |
|---|---|---|---|
| 1. Directly in front of user | ✓ | | |
| 2. Top of screen slightly below eye level | No | Placed on desk top + tipped top of monitor back | 6/8/06 |
| 3. Monitor tilt angle | No | Tipped top of monitor back slightly | 6/8/06 |
| 4. Viewing distance 18 - 24 inches | No | Moved within an arms reach | 6/8/06 |
| 5. Glare minimized, screen clean | ✓ | | |
| 6. Uses document holder | NA | | |

| KEYBOARD | OK | RECOMMENDATIONS/ADJUSTMENTS | DONE |
|---|---|---|---|
| 1. Aligned with monitor | ✓ | | |
| 2. Height: Forearms parallel with floor | No | Raised chair to 20.5" | 6/8/06 |
| 3. Wrists straight and level | ✓ | | |
| 4. Mouse next to keyboard, at same height | ✓ | | |
| 5. Wrist rest used properly | NA | | |

| PHONE | OK | RECOMMENDATIONS/ADJUSTMENTS | DONE |
|---|---|---|---|
| 1. Phone use | NA | | |

| WORK AREA | OK | RECOMMENDATIONS/ADJUSTMENTS | DONE |
|---|---|---|---|
| 1. Surface height | ✓ | | |
| 2. Minimized reach to phone, calculator | ✓ | | |
| 3. Minimizes lifting of reference materials | ✓ | | |

**COMMENTS:**
1. Sit up straight with head up, chin in. Avoid leaning on elbow
2. Avoid crossing right arm over to left side
3. Keep mouse, keyboard within a forearm's reach
4. Keep elbows close to side, tip from hip when using rapid print. Keep rapid print within a forearm's reach

EVALUATOR: Kathleen Rolaith

*Exhibit J*

Concentra Health Services





Windows



Keyboard/Platform Height



CONCENTRA
HEALTH SERVICES