IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02330-WYD-KMT

SUN S. KANG,

    Plaintiff,

v.

FIRST DATA CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on a Stipulation for Dismissal with Prejudice (ECF No. 12), filed November 22, 2011.  After a review of the file and the Stipulation, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorneys' fees.

Dated:  November 23, 2011.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE